IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NO. 7-20-CV-133

| | |
|---|---|
| Jasma McNeil, Administratrix of the Estate of Brenda Johnson, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| James A. Glasco, Glasco Trucking, LLC, and K.L. Breeden & Sons, LLC, | )<br>)<br>) |
| Defendants. | ) |

**ORDER ON MOTION TO COMPEL**

THIS CAUSE is before the Court upon Defendants' Motion to Compel the North Carolina State Highway Patrol to produce its complete and unredacted investigative file regarding the incident that is the subject of the above-captioned matter. It appears that Plaintiff's counsel agrees to the requested relief and that there is good cause for the Court to grant Defendant's Motion pursuant to N.C. Gen. Stat. §132-1.4(a).

NOW, THEREFORE, it is hereby ordered that the North Carolina State Highway Patrol shall produce its complete and unredacted investigative file, including photographs, to William C. Robinson and his firm, Robinson Elliott & Smith, within seven (7) days of the date of this Order.

Dated: February 24, 2021

*Robert T. Numbers II*
Robert T. Numbers, II
United States Magistrate Judge

1